FILED

01/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0604

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0604

STATE OF MONTANA,

Plaintiff and Appellee,

v.

PRESTON CSOO ROSSBACH,

Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for leave to file an overlength brief, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted leave to file a response brief of not more than 17,200 words.

**TKP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2024